UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEILA ANN ANTONNICOLA

       Plaintiff,                          Case No. 09-11425
                                                  HON. BERNARD A. FRIEDMAN
vs.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mark A. Randon's Report and Recommendation dated May 6, 2010. No objections were filed thereto.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated May 6, 2010, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED, and that the findings of the Commissioner are AFFIRMED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.


Dated: May 24, 2010                      S/Bernard A. Friedman_____
      Detroit, Michigan                BERNARD A. FRIEDMAN
                                        UNITED STATES DISTRICT JUDGE